UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANGELINA M. FULLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV425-019 |
| | ) |
| HYUNDAI MOTOR GROUP | ) |
| METAPLANT, AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant Hyundai Motor Group Metaplant America has appeared and moves to dismiss *pro se* plaintiff Angelina M. Fuller's employment-discrimination Complaint. *See generally* doc. 15. Defendant's Motion notes that Plaintiff's Complaint incorporates her complaint with the United States Equal Employment Opportunity Commission ("EEOC") and purports to attach it as an exhibit. *See id.* at 2; *see also* doc. 1 at 4. Despite that incorporation, no exhibits are attached to the Complaint. *See generally* doc. 1. Defendant also purports to attach a copy of Plaintiff's EEOC complaint, in support of its argument her claims are unexhausted. *See* doc. 15 at 3-4. However, like Plaintiff, Defendant failed to attach the exhibit. *See generally id.* Since the EEOC complaint,

1

and the charges it does or does not raise, is central to the Defendant's argument, it must correct the omission. Defendant is **DIRECTED** to file the Exhibit by no later than May 14, 2025. The Court will proactively extend Plaintiff's deadline to respond to the Motion until May 28, 2025. *See, e.g.,* Fed. R. Civ. P. 6(b)(1)(A).

    **SO ORDERED,** this 12th day of May, 2025.

                                                  _____
                                                  CHRISTOPHER L. RAY
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  SOUTHERN DISTRICT OF GEORGIA